HENRIETTA KUCHLIK, an Infant, by ISADORE KUCHLIK, Her Guardian ad Litem, et al., Respondents, *v.* MILTON FEUER et al., Defendants, and MORRIS FEUER, Appellant.

(Argued March 13, 1934; decided April 17, 1934.)

*Harold R. Medina, Eugene A. Sherpick, John W. Jordan* and *Nathan Permut* for appellant.

*Jay Leo Rothschild* and *Walter S. Beck* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.